UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Family Restaurant Inv., et al
    Plaintiff(s)

v.

Metromedia Steak House, et al
    Defendant(s)

Civil No. 98-1602(PG)

| MOTION | ORDER |
|---|---|
| Motion for leave to file reply to opposition to motion for an OSC and for a hearing (dkt. #15) | _X_ is GRANTED. <br><br> ___ is DENIED. <br><br> ___ is MOOT. <br><br> ___ is NOTED. |

Date: _October 5, 1999_

JUAN M. PEREZ-GIMENEZ
U.S. District Judge