# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

FAMILY RESTAURANT, INC., ET AL.,

   Plaintiff(s)

      v.                                 Civ. No. 98-1602(PG)

METROMEDIA STEAKHOUSES, ET AL.,

   Defendant(s)

RECEIVED & FILED 99 OCT -6 AM 11:23 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

| MOTION | ORDER |
|---|---|
| Docket #21 - Motion to Appear Pro Hac Vice | GRANTED. |

| | |
|---|---|
| Docket #22 - Motion to Appear Pro Hac Vice | GRANTED. |

Date: October 5, 1999.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

