# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF SETTING</u>                              Date:  October 7, 1999

| | |
|---|---|
| FAMILY RESTAURANT, INC., et al | * |
| Plaintiffs | * |
| vs. | *   Civil 98-1602 (PG) |
| METROMEDIA STEAKHOUSE, et al | * |
| Defendants | * |

By Order of the Court a second status conference in the above captioned case, is hereby set for **Wednesday, November 3, 1999,** at 8:30 A.M.  This proceeding will be held before Honorable Juan M. Pérez-Giménez.

                                                    Lida Isis Egelé
                                                    Courtroom Deputy

s/c:   José H. Vivas    (Notified by phone: Vanessa)
        Lawrence Ashe    "    "    "   Vanessa
        Rossell Barrios    "    "    "   Ingrid

