## NOTICE OF MEDIATION

---

### UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF PUERTO RICO

Family Restaurant, Inc.,
Plaintiff,

v.

BEFORE JUDGE A. DAVID MAZZONE
CIVIL ACTION NO. 98-1602 *(p 6)*

Metromedia Steakhouse, et al.,
Defendants.

TAKE NOTICE that the above-entitled case has been scheduled for MEDIATION with principals present at **10:00 a.m., Wednesday, March 8 and Thursday, March 9, 2000** in Courtroom 184 on the first floor of the Federal Building, Carlos Chardon Avenue, Hato Rey, Puerto Rico.

February 10, 2000

Frances Rios de Moran, Clerk

By: _____
Deputy Clerk

To:   ALL COUNSEL OF RECORD

