# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

**FAMILY RESTAURANT, INC.**

    **Plaintiff**

    vs.                        Civil 98-1602 (PG)

**METROMEDIA STEAKHOUSE, et al**

    **Defendants**

## ORDER

The parties submitted to the Court a document, written in long hand, entitled "Material Terms of Settlement Agreement", and witnessed by Hon. A. David Mazzone, Senior Judge, U. S. District Court, on March 8, 2000.

The Court hereby approves said settlement agreement and judgment shall be entered accordingly.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 20th day of April, 2000.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

AO 72A
(Rev. 8/82)