UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

FAMILY RESTAURANTS, INC.
    Plaintiff,

v.      CIVIL NO. 98-1602 (PG)

METROMEDIA STEAKHOUSE, ET AL.,
    Defendants.

**JUDGMENT**

The Court has entered an Order approving "Material Terms Of Settlement Agreement" signed by the parties (Docket No. 40), it is hereby

**ORDERED and ADJUDGED** that said settlement be and is hereby binding between the parties. FURTHER, it is

**ORDERED and ADJUDGED** that said settlement be and is hereby made part of this judgment as though set forth *in extenso*. FURTHER, it is

**ORDERED and ADJUDGED** that judgment is hereby entered accordingly.

**IT IS SO ORDERED.**

San Juan, Puerto Rico _April 20_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev. 8/82)

44