## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| HECTOR CUEVAS, ) <br> JUAN JOSE ALVAREZ, ) <br> HECTOR J. BAERGA, ) <br> EDWIN CORDOVA, ) <br> ENRIQUE GONZALEZ and ) <br> RAPHAEL POU, JR., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> METROMEDIA STEAKHOUSES ) <br> COMPANY, L.P., a Delaware ) <br> limited partnership, ) <br> METROMEDIA RESTAURANT ) <br> GROUP, INC., a dissolved Delaware ) <br> corporation and ) <br> BONANZA RESTAURANT COMPANY, ) <br> a Delaware general partnership, ) <br> ) <br> Defendants. ) | Case No.:98-1602 PG <br><br><br><br><br><br><br><br><br><br><br> **ORDER GRANTING** <br> **LAWRENCE V. ASHE'S** <br> **MOTION TO WITHDRAW** <br> **AS COUNSEL FOR THE** <br> **PLAINTIFF** |

THIS MATTER came before the Court upon Lawrence V. Ashe's Motion to Withdraw as Counsel for Plaintiffs. Having reviewed the Motion and being otherwise duly advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Withdraw as Counsel for Plaintiffs is GRANTED.

2. Lawrence V. Ashe is hereby relieved from any further legal obligations and responsibilities with reference to the representation of the Plaintiffs in these proceedings.



DONE AND ORDERED in Chambers at ~~San Juan, P.R.~~ this 9th day of _May_ 2000.

_____
JUDGE OF THE DISTRICT COURT

Copies furnished to:

**JOSE HECTOR VIVAS, ESQ.**
Local Counsel for Plaintiffs
VIVAS & VIVAS
P.O. Box 951
Ponce, Puerto Rico 00733

Telephone: (787) 848-4420
Telecopier: (787) 848-4221

**Rossell Barrios-Amy, Esq.**
McCONNELL VALDES
P.O. Box 364225
San Juan, Puerto Rico 00936-4225

and,

**Richard Cedillo, Esq.**
**Les Strieber, III, Esq.**
Davis, Adami & Cedillo, Inc.
400 Harte-Hanks Tower
7710 Jones Maltsberger Road
San Antonio, Texas 78216

**ZARCO & PARDO, P.A.**
NationsBank Tower at International Place
100 S.E. 2nd Street, Suite 2700
Miami, Florida 33131-2150

Telecopier: (305) 374-5428
Telephone: (305) 374-5418

Page 2