UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



FAMILY RESTAURANTS, INC., ET AL.,
    Plaintiffs,

       v.                       Civil No. 98-1602(PG)

METROMEDIA STEAKHOUSES COMPANY,
ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #46 - Stipulation For Voluntary Dismissal With Prejudice. | GRANTED. |

Date: _____August 29____, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge