UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| FAMILY RESTAURANTS, INC., ET AL., <br>     Plaintiffs, <br><br> v. <br><br> METROMEDIA STEAKHOUSES COMPANY, ET AL., <br>     Defendants. | CIVIL NO. 98-1602(PG) |

### JUDGMENT

On this date the Court has entered an order granting plaintiffs' motion for voluntary dismissal with prejudice (Docket No. 46). WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that the instant action be **DISMISSED with prejudice** as to the plaintiffs and judgment be entered accordingly.

**IT IS SO ORDERED.**

San Juan, Puerto Rico _August 29_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

AO 72A
(Rev.8/82)